UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT M. BLOCK,<br><br>　　　　　Defendant. | 1:21-cv-00924-GSA (PC)<br><br>**ORDER FOR CLERK TO SERVE A COPY OF PLAINTIFF'S NOTICE OF APPEAL ON THE NINTH CIRCUIT COURT OF APPEALS**<br><br>**(ECF No. 1.)** |

On June 11, 2021, Anthony R. Turner ("Plaintiff") filed a document titled "Notice of Motion for Appeal of Judgment of the Above-Entitled Court." (ECF No. 1.) The document was opened by the clerk as a new civil rights action pursuant to 42 U.S.C. § 1983.

It appears that Plaintiff wishes to appeal the judgments from two of his cases to the Ninth Circuit Court of Appeals. However, Plaintiff has not provided the case numbers of the two cases, and this court is unable to identify the cases using the information found in Plaintiff's Notice.

Based on the foregoing, the clerk is directed to send a copy of Plaintiff's Notice of Motion for Appeal, filed on June 11, 2021, to the Ninth Circuit.

IT IS SO ORDERED.

　　Dated: __**June 17, 2021**__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE