# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT M. BLOCK,<br><br>　　　　　　　　Defendant. | 1:21-cv-00924-GSA-PC<br><br>**ORDER FOR PLAINTIFF TO RESPOND IN WRITING AND PROVIDE INFORMATION TO THE COURT**<br><br>**TWENTY- DAY DEADLINE** |

　　　　Anthony R. Turner is a state prisoner proceeding *pro se* with this civil action. On June 11, 2021, Plaintiff filed a document titled "Notice of Motion for Appeal of Judgment of the Above-Entitled Court." (ECF No. 1.) The document was construed as a civil complaint whereupon the clerk opened a new civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 6, 2021, Plaintiff filed another document, titled "Plaintiff does move this Court with Notice of Appeal purs. (F.R.A.P. 33(d)." (ECF No. 4.) Plaintiff requests that his notice of appeal be processed due to non-settlement and retaliation. He alleges that he is currently housed at Stanton Correctional Facility in Fairfield, California. It appears that Plaintiff wishes to appeal the judgment from one of his cases to the Ninth Circuit Court of Appeals, howeve, Plaintiff has not provided the case number of the case he wishes to appeal, and this court is unable to identify the case using the information found in Plaintiff's Notices. Plaintiff shall therefore be required to provide the court with the name and case number of the case he seeks to appeal.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a written response to this order within 20 days of the date of service of this order, providing the court with the name and case number of the case he wishes to appeal;
2. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: **July 7, 2021**              **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE